AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
SEP 21 2007
District of Rhode Island

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

THOMAS CHRISTOPHER THOMSEN

## WARRANT FOR ARREST

Case Number: 1:07MJ94A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Thomas Christopher Thomsen
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

sale of drug paraphernalia and money laundering

in violation of Title 21 United States Code, Section(s) 863, and 18 USC Section 1956

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

9/20/07 Providence RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Tampa, FL by DEA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/21/07 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 09/24/07 | | |