IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : Cr. No. CR 07 131 ML
v. :
THOMAS C. THOMSEN, d/b/a Universalkits.com, Defendant. :

Violations: 21 U.S.C. § 863; 18 U.S.C. §1956(a)(1).

FILED
OCT 10 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT ONE

From on or about October 31, 2006, to on or about November 13, 2006, in the District of Rhode Island and elsewhere, the defendant, THOMAS C. THOMSEN, d/b/a Universalkits.com, did knowingly sell and offer for sale, drug paraphernalia, as that term is defined in 21 U.S.C. § 863(d), to wit oil-filled ampules, hypodermic needles, and syringes, which were primarily designed and intended to be used in the converting, preparing, injecting, and ingesting of anabolic steroids, Schedule III controlled substances, into the human body,

in violation of 21 U.S.C. § 863(a)(1).

COUNT TWO

From on or about February 13, 2007, to on or about March 6, 2007, in the District of Rhode Island and elsewhere, the defendant, THOMAS C. THOMSEN, d/b/a Universalkits.com, did knowingly sell and offer for sale, drug paraphernalia, as that term is defined in 21 U.S.C. § 863(d), to wit oil-filled ampules, two empty gauge needles, and one 25mm. filter, which were

primarily designed and intended to be used in the converting, preparing, injecting, and ingesting of anabolic steroids, Schedule III controlled substances, into the human body,

in violation of 21 U.S.C. § 863(a)(1).

COUNT THREE

From on or about July 20, 2007, to on or about August 10, 2007, in the District of Rhode Island and elsewhere, the defendant, THOMAS C. THOMSEN, d/b/a Universalkits.com, did knowingly sell and offer for sale, drug paraphernalia, as that term is defined in 21 U.S.C. § 863(d), to wit one 30 ml. vial containing Clenbuterol, hypodermic needles, filters, and syringes, which were primarily designed and intended to be used in the converting, preparing, injecting, and ingesting of controlled substances into the human body,

in violation of 21 U.S.C. § 863(a)(1).

COUNTS FOUR - EIGHT

On or about the dates listed below, in the District of Rhode Island and elsewhere, the defendant, THOMAS C. THOMSEN, knowing that the property involved in the financial transactions described below represented the proceeds of some form of unlawful activity, and with the intent to promote the carrying-on of specified unlawful activity, namely the sale of drug paraphernalia, in violation of 21 U.S.C. § 863, knowingly and willfully conducted and attempted to conduct the financial transactions described below, to wit transfers by check and debit withdrawals, out of Gencore, Inc., d/b/a Universalkits, SunTrust Bank account number 1000025229625 and Gencore, Inc., d/b/a/ Universalkits, Bank of America account number

004434263095, in the approximate amounts listed below, which in fact involved the proceeds of specified unlawful activity:

| COUNT | DATE | AMOUNT | ACCOUNT | PAYEE |
|---|---|---|---|---|
| 4 | 11/13/2006 | $100.00 | SunTrust | ENDICIA-USPS |
| 5 | 11/17/2006 | $360.00 | SunTrust | TITAN MEDICAL SUPPLY |
| 6 | 02/23/2007 | $ 22.87 | SunTrust | ANDRO USA |
| 7 | 08/14/2007 | $192.60 | Bank of America | THE UPS STORE |
| 8 | 08/16/2007 | $ 91.25 | Bank of America | GPZ SERVICES |

All in violation of 18 U.S.C. § 1956(a)(1).

FORFEITURE ALLEGATIONS

Upon conviction of the offenses charged in the Indictment, defendant THOMAS C. THOMSEN, shall forfeit to the United States pursuant to 21 U.S.C. § 853 and 863(c), and 18 U.S.C. §§ 924(d) and 982, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part to commit, and to facilitate the commission of the said violations, including but not limited to the following:

(1) United States Currency, cash equivalent, and bank account balances constituting the gross proceeds of the violations alleged in Counts I-III, which allege violations of 21 U.S.C. § 863, and all United States Currency, cash equivalent, and bank account balances which were involved in the transactions alleged in Counts IV-VIII of this Indictment, which allege violations of 18 U.S.C. § 1956(a)(1), or any property traceable to such property.

(2) All drug paraphernalia possessed by the defendant, as defined in 21 U.S.C. §

863(d).

(3) All firearms possessed by the defendant, including but not limited to one Smith and Wesson 9 mm. handgun, serial number VCT4804.

A TRUE BILL:

**REDACTED**

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division