PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): ADI GOLDSTEIN

CASE NO.

USA vs

Defendan

Address:

REDACTED

☐ Inl

Birth Date

ble)

Social

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
US POSTAL SERVICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) — SHOW DOCKET NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under — MAG. JUDGE CASE NO. 1:07MJ94A

Place of offense: Rhode Island County

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date 9/10/07 or Date Transferred to Federal Custody

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☑ Currently on bond
☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 8

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Counts 1-3: 18 U.S.C. Sec. 863(a)(1) | Penalties:Each Count: 3 yrs imprisonment; 250,000 fine; 3 | ☒ Felony ☐ Misdemeanor |
| | | yrs. supervised release and a $100.00 special assessment | ☐ Felony ☐ Misdemeanor |
| | Counts 4-8: 18 U.S.C Sec. 1956(a)(1) | Penalties:Each Count:not more than 20 yrs imprisonment; | ☒ Felony ☐ Misdemeanor |
| | | 500,000 fine, or twice the amount of the gain or loss; 3 yrs | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 3 | supervised release and a $100. special assessment. | ☐ Felony ☐ Misdemeanor |