AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U.S.

v.

Thomas Thomson

## APPEARANCE

Case Number: CR07-131ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the defendant,
Thomas Thomson

I certify that I am admitted to practice in this court.

10-15-07
Date

[signature]
Signature

Edward C. Roy Jr — 3024
Print Name — Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE — RI — 02903
City — State — Zip Code

(401) 528-4281 — (401) 528-4285
Phone Number — Fax Number