UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 07-131 ML |
| THOMAS THOMSEN | : | |

MOTION TO CONTINUE

NOW comes the defendant, Thomas Thomsen, and moves to continue the trial until the court's April, 2008 trial calendar to allow defense counsel the opportunity to consult with an expert regarding issues raised in the defendant's motion to dismiss.

The time requested in this motion is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), as the interests of the government in a speedy trial are outweighed by the importance of allowing the defendant to complete his investigation of possible defenses.

THOMAS THOMSEN,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Adi Goldstein, AUSA by way of ECF case filing on the 17th day of January, 2008.

/s/ Edward C. Roy, Esquire