UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 07-131 ML

THOMAS THOMSEN :

MOTION TO CONTINUE JURY EMPANELMENT

NOW comes the defendant, Thomas Thomsen, and moves to continue the jury empanelment in this matter to the court's June of 2008 trial calendar. In support of this motion, the defendant states that there is pending decision in the United States Supreme Court a case the outcome of which would be dispositive as to the issues raised in a potential trial of counts 4 through 8 of the indictment, which charge the defendant with money laundering in violation of 18 U.S.C. § 1956(a)(1)(A)(i). The matter pending in the Supreme Court is entitled *United States v. Santos*, No. 06-1005. The *Santos* case was argued on October 3, 2007. ( Copies of the docket summary and question presented are attached hereto.) The government does not object to this motion.

Pursuant to the provisions of 18 U.S.C. § 3161(h)(8)A), the interests of justice served by the granting of this request outweigh the interests of the government and the defendant in a speedy trial.

THOMAS THOMSEN,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to dismiss to be served upon Adi Goldstein, AUSA by way of ECF case filing on the 13th day of March, 2008.

/s/ Edward C. Roy, Esquire