No. 06-1005
Title: United States, Petitioner
v.
Efrain Santos and Benedicto Diaz
Docketed: January 23, 2007
Lower Ct: United States Court of Appeals for the Seventh Circuit
Case Nos.: (04-4221, 05-2316)
Decision Date: August 25, 2006
Questions Presented

| ~~~Date~~~ | ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~ |
|---|---|
| Nov 9 2006 | Application (06A486) to extend the time to file a petition for a writ of certiorari from November 23, 2006 to December 23, 2006, submitted to Justice Stevens. |
| Nov 13 2006 | Application (06A486) granted by Justice Stevens extending the time to file until December 23, 2006. |
| Dec 13 2006 | Application (06A486) to extend further the time from December 23, 2006 to January 22, 2007, submitted to Justice Stevens. |
| Dec 14 2006 | Application (06A486) granted by Justice Stevens extending the time to file until January 22, 2007. |
| Jan 22 2007 | Petition for a writ of certiorari filed. (Response due February 22, 2007) |
| Feb 9 2007 | Order extending time to file response to petition to and including March 26, 2006, for all respondents. |
| Mar 26 2007 | Brief of respondent Benedicto Diaz in opposition filed. |
| Mar 26 2007 | Brief of respondent Efrain Santos in opposition filed. |
| Apr 4 2007 | DISTRIBUTED for Conference of April 20, 2007. |
| Apr 4 2007 | Reply of petitioner United States filed. (Distributed). |
| Apr 23 2007 | Petition GRANTED. |
| May 25 2007 | Motion to dispense with printing the joint appendix filed by petitioner United States. |
| Jun 7 2007 | Brief of petitioner United States filed. |
| Jun 11 2007 | Motion to dispense with printing the joint appendix filed by petitioner GRANTED. |
| Jun 20 2007 | The time to file respondents' briefs on the merits is extended to and including August 13, 2007. |
| Aug 7 2007 | The time to file respondents' brief on the merits is further extended to and including August 20, 2007. |
| Aug 8 2007 | CIRCULATED. |
| Aug 9 2007 | Record received from U.S.C.A. for Seventh Circuit. (1 envelope) |
| Aug 14 2007 | SET FOR ARGUMENT Wednesday, October 3, 2007. |
| Aug 17 2007 | The time to file respondents' brief on the merits is further extended to August 22, 2007. |
| Aug 17 2007 | Record received from U.S.D.C. for Northern District of Indiana. (2 boxes) |
| Aug 20 2007 | Brief of respondent Benedicto Diaz filed. (Distributed) |
| Aug 20 2007 | Brief of respondent Efrain Santos filed. (Distributed) |
| Aug 22 2007 | Brief amicus curiae of National Association of Criminal Defense Lawyers filed. (Distributed) |
| Sep 21 2007 | Reply of petitioner United States filed. (Distributed) |

Oct 3 2007 Argued. For petitioner: Matthew D. Roberts, Assistant to the Solicitor General, Department of Justice, Washington, D.C. For respondents: Todd G. Vare, Indianapolis, Ind.

---

| ~~Name~~ | ~~Address~~ | ~~Phone~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| Paul D. Clement<br>Counsel of Record | Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>SupremeCtBriefs@USDOJ.gov | (202) 514-2217 |
| Party name: United States | | |
| Matthew D. Roberts | Assistant to the Solicitor General<br>Solicitor General's Office<br>Department of Justice<br>Washington, DC 20530 | |
| Party name: United States | | |
| **Attorneys for Respondents:** | | |
| Stuart Altschuler<br>Counsel of Record | Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>saltschuler@winston.com | (312) 558-5600 |
| Party name: Benedicto Diaz | | |
| Todd Vare<br>Counsel of Record | Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204<br>todd.vare@btlaw.com | (317) 231-7735 |
| Party name: Efrain Santos | | |
| **Other:** | | |
| Jeffrey T. Green | Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>jgreen@sidley.com | (202) 736-8000 |
| Party name: National Association of Criminal Defense Lawyers | | |

**06-1005 UNITED STATES V. SANTOS**

DECISION BELOW:461 F.3d 886

LOWER COURT CASE NUMBER: 04-4221, 05-2316

QUESTIONS PRESENTED:
The principal federal money laundering statute, 18 U.S.C. 1956(a)(1), makes it a crime to engage in a financial transaction using the "proceeds" of certain specified unlawful activities with the intent to promote those activities or to conceal the proceeds. The question presented is whether "proceeds" means the gross receipts from the unlawful activities or only the profits, i.e., gross receipts less expenses.

CERT. GRANTED 4/23/2007