PS 42
(rev. 7/93)

# UNITED STATED DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States vs. Thomas Thomsen    Case Number: CR07-131-01ML

## CONSENT TO MODIFY CONDITIONS OF RELEASE

In response to my arrest on January 20, 2008 for the felony offense of Driving on a Suspended License, Third Offense, I, Thomas Thomsen, have discussed with Officer Cynthia Myers, Pretrial Services Officer, Middle District of Florida, the following condition to be added to my release conditions.

1. That the defendant adhere to an 8:00 PM to 7:00 AM daily curfew restriction to be monitored via electronic monitoring and that he contribute to the expense of the monitoring to the best of his ability.

I consent to this condition being added to my pretrial services conditions of release.

Thomas Thomsen    4-18-08
Date

Cynthia Myers    Date 4-18-08
Pretrial Services Officer

I have reviewed the above condition with my client and concur that this additional condition is appropriate.

Edward C. Roy    4-21-08
Assistant Federal Public Defender    Date

[✓] The above modification of conditions of release is ordered.

[ ] The above modification of conditions of release is not ordered by the Court.

4/21/08

~~Honorable Mary M. Lisi~~    Date
~~Chief United States District Judge~~
LINCOLN D. ALMOND, USMJ