UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Cr No. 07-131 ML |
| THOMAS THOMSEN | : | |

DEFENDANT'S SECOND
MOTION TO CONTINUE JURY EMPANELMENT

NOW comes the defendant, Thomas Thomsen, and moves to continue the jury empanelment in this matter to the court's July of 2008 trial calendar. In support of this motion, the defendant states that there is pending decision in the United States Supreme Court a case the outcome of which would be dispositive as to the issues raised in a potential trial of counts 4 through 8 of the indictment, which charge the defendant with money laundering in violation of 18 U.S.C. § 1956(a)(1)(A)(i). The matter pending in the Supreme Court is entitled *United States v. Santos*, No. 06-1005. The *Santos* case was argued on October 3, 2007. A review of the Supreme Court's docket and calendar indicates that the *Santos* case is the last remaining case from the October session to be decided. In addition, the defendant needs additional time to review a copy of the hard drive of his computer seized by the government. Defense counsel did not anticipate there being a delay regarding analysis of the hard drive, however, within the last two

weeks, defense counsel learned that the methodology used by the government to copy and subsequently view a hard drive is based on soft ware that cannot be obtained by the defense. Counsel is attempting to resolve this issue.

The government does not object to this motion.

Pursuant to the provisions of 18 U.S.C. § 3161(h)(8)A), the interests of justice served by the granting of this request outweigh the interests of the government and the defendant in a speedy trial.

THOMAS THOMSEN,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to dismiss to be served upon Adi Goldstein, AUSA by way of ECF case filing on the 12th day of May, 2008.

/s/ Edward C. Roy, Esquire