PS 42
(rev. 7/93)

## UNITED STATED DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States vs. Thomas Thomsen Case Number: CR07-131-01ML

## CONSENT TO MODIFY CONDITIONS OF RELEASE

In response to my most recent arrest on April 20, 2008 for Criminal Mischief $1,000 or More and Petit Theft ($100 or Less), I, Thomas Thomsen, have discussed with Officer Patricia Dennard, Intensive Supervision Specialist, Middle District of Florida, the following modification to my home confinement condition.

1. That the defendant be restricted to his home with electronic monitoring and that he continue to contribute to the expense of the monitoring to the best of his ability. Exceptions to the home confinement are to be granted for court appearances, employment, religious services and medical appointments. In conjunction with his state sentence in Florida, the defendant may also leave his residence to perform any required sanctions imposed in his county probation sentence.

I consent to this condition being added to my pretrial services conditions of release.

Thomas Thomsen — Date: 5-14-08

Patricia Dennard
Intensive Supervision Specialist — Date: 5-14-08

I have reviewed the above condition with my client and concur that this additional condition is appropriate.

Edward C. Roy
Assistant Federal Public Defender — Date: 5-15-08

---

[ ✓ ] The above modification of conditions of release is ordered.

[ ] The above modification of conditions of release is not ordered by the Court.

Honorable Mary M. Lisi
Chief United States District Judge — Date: May 15, 2008