UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 07-131 ML

THOMAS THOMSEN :

**MOTION FOR PAYMENT OF TRAVEL EXPENSES**

NOW comes the defendant, Thomas Thomsen, and moves that this Honorable Court direct the United States Marshals Service to pay for his roundtrip flight from Florida to Rhode Island for his court date on August 20, 2008. Mr. Thomsen is indigent as evidenced by a previous determination by this court.

THOMAS THOMSEN,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

**CERTIFICATION**

I certify that I caused a copy of the within to be served on Adi Goldstein, AUSA and on Maureen Bradley, SUSPO, Pre-Trial Services by way of ECF case filing on July 22, 2008 and by hand-delivering a copy of the within to the United States Marshals office on July 22, 2008.

/s/ Edward C. Roy, Esquire