UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America

V. CR 07-131ML

Thomas Thomsen

**ORDER**

The United States Marshals Service is hereby directed to pay for Thomas Thomsen's roundtrip flight from Florida to Rhode Island for his court date on October 9, 2008 as Mr. Thomsen is indigent as evidenced by a previous determination by this Court.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 19, 2008